UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESVIN VASQUEZ, JACINTO VASQUEZ, *and* XIOMARA VASQUEZ,

Plaintiffs,

v.

COLIMA TAQUERIA LLC, BRIAN CENTENO, *and* NADIA VANESSA CENTENO,

Defendants.

**ORDER**

25-cv-05952 (ER)

RAMOS, D.J.

On July 21, 2025, Esvin Vasquez, Jacinto Vasquez, and Xiomara Vasquez (collectively, Plaintiffs") filed a complaint against Colima Taqueria LLC, Brian Centeno, and Nadia Vanessa Centeno. Doc. 1. Summonses as to Colima Taqueria and the Individual Defendants were issued on July 22, 2025. Doc. 3. Proof of service as to Colima Taqueria was filed on October 20, 2025. Doc. 4. Proofs of service as to Brian Centeno and Nadia Vanessa Centeno (collectively, the "Individual Defendants") were filed on November 18, 2025. Docs. 7–8.

Plaintiffs filed a proposed clerk's certificate of default as to Colima Taqueria and the Individual Defendants on June 16, 2026, Doc. 9, but it was deficient because it was not to form, it did not list the names of the parties who accepted service, and the documents were not filed separately. Plaintiffs filed new proposed clerk's certificates of default as to Colima Taqueria and the Individual Defendants on June 30, 2026, Docs. 10–13, and July 13, 2026, Docs. 14–16, but they were also deficient.

Plaintiffs then filed proposed clerk's certificates of default solely as to Colima Taqueria on July 27, 2026, Doc. 17, and July 30, 2026, Doc. 18, but they were also deficient. On August 3, 2026, Plaintiffs finally filed a proper proposed clerk's certificate of default as to Colima Taqueria, Doc. 19, and the executed clerk's certificate of default was entered on August 4, 2026, Doc. 21. However, Plaintiffs have not obtained default judgment by way of an order to show cause pursuant to Rule 6 and Attachment A of the Court's individual practices.

Plaintiffs have not since filed an affidavit of service for the Individual Defendants, and the Individual Defendants have not appeared.

Accordingly, Plaintiffs are directed to submit a status report by **October 26, 2026**. Failure to comply could result in the Court dismissing the case pursuant to Federal Rules of Civil Procedure 4(m) and 41(b).

It is SO ORDERED.

Dated: October 19, 2026
New York, New York

Edgardo Ramos, U.S.D.J.